**PRIORITY SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTO JAOJOCO,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FIRST FRANKLIN A BUSINESS ENTITY, FORM UNKNOWN; UNKNOWN MORTGAGE BROKER, A BUSINIESS ENTITY, FORM UNKNOWN; UNITED TITLE COMPANY, ENTITY, FORM UNKNOWN; AND DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants.<br>_____ | Case No. EDCV 10-01350 VAP(DTBx)<br><br><br>**ORDER OF DISMISSAL** |

　　THE COURT having ordered the Plaintiff to show cause in writing, not later than February 3, 2011, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

　　THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

Dated:　February 4, 2011

　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　United States District Judge

s:\vap\crd's forms\3-ord-dism-re osc.frm